**05-15-00757-CR**            7/31/2015 12:21:38 PM



Loc._____            Bookin Number: 14065045     Audit Number: 2015539536

5th COURT OF APPEALS
DALLAS, TEXAS
8/5/2015 9:01:55 AM
LISA MATZ
Clerk

# APPOINTMENT OF COUNSEL FOR INDIGENT DEFENDANT

The State of Texas

Vs.

## JOSHUA CANALES

194th Judicial District Court (FM)

District Court

Dallas County, Texas

| Cause No.: | Offense | LD |
|---|---|---|
| F1424957 | FRAUD USE/POSS I | F1 |

It appearing that the defendant has executed a sworn statement certifying that he/she is without means to employ counsel and requesting appointment of counsel; the Court finds that the defendant is indigent and hereby appoints:   The Attorney: BRUCE ANTON

Phone: 214-468-8100          Alt. Phone: 214-537-0715

Email: BA@SUALAW.COM

Address: 2311 CEDAR SPRINGS ROAD, SUITE 250  DALLAS, TX 75201

A practicing attorney of the State to represent the defendant in said case(s).

Signed this 31st day of July, 2015

JUDGE

Ernest White

IndigentAppointmentPD